# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

GOLDEN TEMPLE OF OREGON, LLC,

      Plaintiff,

vs.

WAI LANA PRODUCTIONS, LLC,

      Defendant.

_____/

Case No. **3:09-902-KI**

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA
County of Orange     ss.

I, Kent Sandlin, hereby certify that I am a competent person 18 years of age or older, a resident of the State of California and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons; Amended Complaint; Corporate Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed.R. Civ. P. 26 Agreement; Magistrate Consent Form; Civil Case Management Time Schedules*

Upon **WAI LANA PRODUCTIONS, LLC**, by leaving such true copy, personally and in person, with Tom Kielb, who is the person apparently in charge at the office of Stephen L. Fingal who is the Registered Agent thereof, at 5120 Campus Drive, Suite 200, Newport Beach, CA 92660 on January 13, 2010 at 1:45 PM.

I declare under the penalty of perjury that the above statement is true and correct.

X _____
Kent Sandlin
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 420
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 15th day of January, 20 10
by Kent Sandlin.

_____
Notary Public

213816

DONNA SANDERS
Commission # 1788510
Notary Public - California
Orange County
My Comm. Expires Jan 30, 2012

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| GOLDEN TEMPLE OF OREGON, LLC, | Case No. 3:09-902-KI |
| *Plaintiff(s),* | |
| vs. | AFFIDAVIT OF MAILING |
| WAI LANA PRODUCTIONS, LLC, | |
| *Defendant(s).* | |

STATE OF OREGON )
                        ) ss.
County of Multnomah )

    I, Royal Hebert being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On January 15, 2010, I mailed a true copy of the Summons; Amended Complaint; Corporate Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed.R. Civ. P. 26 Agreement; Magistrate Consent Form; Civil Case Management Time Schedules via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which sub-service was made to WAI LANA PRODUCTIONS, LLC.

    The envelope was addressed as follows:    Stepehn L. Fingal, Registered Agent
                                                               Wai Lana Productions, LLC
                                                                5120 Campus Drive, Suite 200
                                                               Newport Beach, CA 92660

    I declare under the penalty of perjury that the above statements are true and correct.

                                                  Royal Hebert                    (217.213816)

SUBSCRIBED AND SWORN TO BEFORE ME this 15th day of January, 2010, by Royal Hebert.

OFFICIAL SEAL
CARRIE A ELISH
NOTARY PUBLIC-OREGON
COMMISSION NO. 437185
MY COMMISSION EXPIRES APRIL 22, 2013

Notary Public for Oregon