**Kenneth R. Davis II**, OSB No. 971132
davisk@lanepowell.com
**Parna A. Mehrbani**, OSB No. 053235
mehrbanip@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**Tiffany Scott**, *Pro Hac Vice*
scottt@lanepowell.com
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Plaintiff Golden Temple of Oregon, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GOLDEN TEMPLE OF OREGON, LLC,** | No. 09-CV-902-KI |
| Plaintiff, | |
| v. | Golden Temple of Oregon, LLC's **MOTION TO COMPEL** |
| **WAI LANA PRODUCTIONS, LLC,** | Pursuant to Fed. R. Civ. P. 37 |
| Defendant. | REQUEST FOR ORAL ARGUMENT |

PAGE 1 -   MOTION TO COMPEL

**WAI LANA PRODUCTIONS, LLC,**
a California limited liability company,

    Counterclaim/Interpleader-Plaintiff,

v.

**GOLDEN TEMPLE OF OREGON, LLC,**
an Oregon limited liability company,

    Counterclaim/Interpleader-Defendant,

---

**BIBIJI INDERJIT KAUR PURI,** an individual,

    Counter-Claim Plaintiff,

v.

**WAI LANA PRODUCTIONS, LLC,** a California limited liability company,

    Counter-Claim Defendant,

---

**BIBIJI INDERJIT KAUR PURI,** an individual,

    Cross-Claim Plaintiff,

v.

**GOLDEN TEMPLE OF OREGON, LLC,** an Oregon limited liability company,

    Cross-Claim Defendant.

---

## RULE 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, counsel for plaintiff Golden Temple of Oregon, LLC ("Golden Temple"), hereby certifies that she conferred in good faith with counsel for defendant Wai Lana Productions, LLC ("Wai Lana") to resolve the issues raised in this Motion to Compel and that the parties have been unable to reach an agreement.

PAGE 2 - MOTION TO COMPEL

708480.0017/869803.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

## MOTION

Pursuant to Fed. R. Civ. P. 37, Plaintiff Golden Temple moves this Court for an Order:

(1) Compelling Defendant to produce documents in response to Plaintiff's Requests for Production of Documents pursuant to the Federal Rules of Civil Procedure;

(2) Compelling Defendant to confirm if any additional documents exist responsive to certain requests; and

(2) Awarding Plaintiff its attorneys' fees and costs incurred in bringing this Motion to Compel.

This Motion to Compel is supported by the Memorandum, the Declaration of Kenneth R. Davis II, and the Declaration of Parna A. Mehrbani submitted concurrently herewith.

DATED: September 29, 2010

LANE POWELL PC

By _____
Kenneth R. Davis II, OSB No. 971132
Parna A. Mehrbani, OSB No. 053235
Tiffany Scott, *Pro Hac Vice*
Telephone: 503.778.2100
Attorneys for Plaintiff

PAGE 3 - MOTION TO COMPEL