IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**GOLDEN TEMPLE OF OREGON, LLC,**  Civil Case No. 09-902-KI

        Plaintiff,

                                ORDER

vs.

**WAI LANA PRODUCTIONS, LLC,**

        Defendant.

      Kenneth R. Davis II
      Parna A. Mehrbani
      Lane Powell PC
      601 SW Second Avenue, Suite 2100
      Portland, Oregon  97204-3158

      Tiffany Scott
      Lane Powell PC
      1420 Fifth Avenue, Suite 4100
      Seattle, Washington  98101-2338

           Attorneys for Plaintiff

Page 1 - ORDER

      Robert A. Shlachter
      Keil M. Mueller
      Stoll Stoll Berne Lokting & Shlachter, P.C.
      209 SW Oak Street, Fifth Floor
      Portland, Oregon  97204

      Craig B. Bailey
      James Juo
      Fulwider Patton LLP
      Howard Hughes Center
      6060 Center Drive, Tenth Floor
      Los Angeles, California  90045

          Attorneys for Defendant


KING, Judge:

    I have considered the parties' arguments on whether to stay this entire action or only stay the claims which will be resolved in the pending arbitration. I conclude that the most efficient use of judicial resources is to stay the entire action. The arbitration is currently scheduled for January 2011, only two months from now, and it will settle the question of who owns the marks. That decision should streamline the issues before me substantially.

    Accordingly, Wai Lana Productions, LLC's Motion to Stay Pending Arbitration (#84) is granted. I deny as moot the following motions filed by Golden Temple of Oregon, LLC: (1) Motion to Dismiss Defendant's Counterclaims (#46); (2) Motion to Dismiss or Stay the Cross-Claims of Bibiji Inderjit Kaur Puri against Golden Temple of Oregon (#74); and (3) Motion to Compel (#79). The oral argument scheduled for November 23, 2010 is cancelled.

The parties are instructed to contact the court to request a status conference after the arbitrators issue their decision.

    IT IS SO ORDERED.

    Dated this      9th       day of November, 2010.

                                      /s/ Garr M. King  
                                      Garr M. King  
                                      United States District Judge