Loren S. Scott, OSB #024502
lscott@scott-law-group.com
THE SCOTT LAW GROUP
497 Oakway Rd., Suite 245
Eugene, OR 97401
Telephone: (541) 868-8005
Facsimile: (541) 868-8004

Surjit P. Soni (admitted *pro hac vice*)
surj@sonilaw.com
M. Danton Richardson (admitted *pro hac vice*)
danton@sonilaw.com
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California  91101
(626) 683-7600 Telephone
(626) 683-1199 Fax

Attorneys for Cross-Claim/Interpleader Defendant/Counter-Claim Plaintiff and Counter-Claim Defendant, Bibiji Inderjit Kaur Puri

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Company, </br></br>    Plaintiff, </br></br>    v. </br></br> WAI LANA PRODUCTIONS, LLC, a California limited liability company, </br></br>    Defendant, | Case No. 3:09-CV-902-KI </br></br> **BIBIJI INDERJIT KAUR PURI'S NOTICE OF RULING IN RELATED ARBITRATION BETWEEN HER AND GOLDEN TEMPLE OF OREGON LLC** |

WAI LANA PRODUCTIONS, LLC,
a California limited liability company,

    Counterclaim/Interpleader-Plaintiff,

v.

GOLDEN TEMPLE OF OREGON, LLC, an
Oregon Limited Liability Company,

       Counterclaim/Interpleader-Defendant,
_____ _____

WAI LANA PRODUCTIONS, LLC,
a California limited liability company,

       Cross-claim/Interpleader-Plaintiff,

v.

BIBIJI INDERJIT KAUR PURI, an individual,

       Cross Claim/Interpleader-Defendant,
_____

BIBIJI INDERJIT KAUR PURI, an individual,

       Counter-Claim Plaintiff,

v.

WAI LANA PRODUCTIONS, LLC,
a California limited liability company,

       Counter-Claim Defendant,
_____

BIBIJI INDERJIT KAUR PURI, an individual,

       Cross-Claim Plaintiff,

v.

GOLDEN TEMPLE OF OREGON, LLC, an
Oregon Limited Liability Company,

       Cross-Claim Defendant,

2

Cross-Claim/Interpleader Defendant/Counter-Claim Plaintiff and Counter-Claim Defendant, BIBIJI INDERJIT KAUR PURI ("BIBIJI"), hereby provides notice of issuance of the attached ruling in the related arbitration between BIBIJI and Golden Temple of Oregon, LLC. Therein, BIBIJI has been declared owner of the trademarks at issue and Plaintiff Golden Temple of Oregon, LLC, has been determined to be an infringer with no rights to the marks.

DATED this 5th day of August 2010.


  /s/ Surjit P. Soni
**Surjit P. Soni**, Calif. Bar #127419
surj@sonilaw.com
**M. Danton Richardson**, Calif. Bar #141709
danton@sonilaw.com
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California  91101
Facsimile:  (626) 683-1199

**Loren S. Scott**, OSB #024502
lscott@scott-law-group.com
THE SCOTT LAW GROUP
497 Oakway Rd., Suite 245
Eugene, OR 97401
Telephone: (541) 868-8005
Facsimile: (541) 868-8004

Of Attorneys for Bibiji Inderjit Kaur Puri

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 35 North Lake Avenue, Suite 720, Pasadena, California 91101.

     On **August 5, 2011**, I served the foregoing document described **BIBIJI INDERJIT KAUR PURI'S NOTICE OF RULING IN RELATED ARBITRATION BETWEEN HER AND GOLDEN TEMPLE OF OREGON LLC** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Loren S. Scott, OSB #024502<br>lscott@scott-law-group.com<br>THE SCOTT LAW GROUP<br>497 Oakway Rd., Suite 245<br>Eugene, OR 97401 | Robert A. Shlachter, OSB No. 911718<br>rshlachter@stollberne.com<br>Keil M. Mueller, OSB No. 085535<br>kmueller@stollberne.com<br>STOLL STOLL BERNE LOKTING &<br>SCHLACHTER P.C.<br>209 SW Oak Street, Suite 500<br>Portland, OR 97214 |
| Kenneth R. Davis II, OSB No. 971132<br>davisk@lanepowell.com<br>Parna A. Mehrbani, OSB No. 053235<br>mehrbanip@lanepowell.com<br>LANE POWELL PC<br>601 SW Second Avenue, Suite 2100<br>Portland, Oregon 97204-3158<br>Telephone: 503.778.2100; Facsimile: 503.778.2200 | |
| Tiffany Scott (Admitted *pro hac vice*)<br>scottt@lanepowell.com<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | Craig B. Bailey (Admitted *pro hac vice*)<br>bailey@fulpat.com<br>James Juo (Admitted *pro hac vice*)<br>jjuo@fulpat.com<br>FULWIDER PATTON LLP<br>Howard Hughes Center<br>6060 Center Drive, Tenth Floor<br>Los Angeles, CA 90045 |

**[ ]** (**BY MAIL**) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (**PERSONAL SERVICE**) I personally served by hand the above referenced document on the addressees listed above.

**[ X ]   (VIA ELECTRONIC MAIL)** I caused such document to be delivered to addressees listed above.

[ ]    (**FACSIMILE**) I caused the attached document to be transmitted to: the above addressees

I declare that I am a member of the bar of this Court.

Executed on **August 5, 2011**, at Pasadena, California.

        /s/ Gayane Mkrttchian
Gayane Mkrttchian

PAGE 5 -    JOINT STATUS REPORT    5