**Kenneth R. Davis II**, OSB No. 971132
davisk@lanepowell.com
**Julianne R. Davis**, OSB No. 842038
davisj@lanepowell.com
**Parna A. Mehrbani**, OSB No. 053235
mehrbanip@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100; Facsimile: 503.778.2200

**Tiffany Scott** (Admitted *pro hac vice*)
scottt@lanepowell.com
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Telephone: 206.223.7267; Facsimile: 206.223.7107

> Attorneys for Plaintiff, Counterclaim/Interpleader Defendant,
> and Cross-Claim Defendant Golden Temple of Oregon, LLC

**Robert A. Shlachter**, OSB No. 911718
rshlachter@stollberne.com
**Keil M. Mueller**, OSB No. 085535
kmueller@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: 503.227.1600; Facsimile: 503.227.6840

**Craig B. Bailey** (*pro hac vice*)
cbailey@fulpat.com
**James Juo** (*pro hac vice*)
jjuo@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, CA 90045
Telephone:     (310) 824-5555
Facsimile:      (310) 824-9696

> Attorneys for Defendant, Counterclaim/Interpleader-Plaintiff,
> Cross-Claim/Interpleader Plaintiff, and Counterclaim-Defendant
> Wai Lana Productions, LLC

Page 1 -   STIPULATION AND ORDER OF DISMISSAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


GOLDEN TEMPLE OF OREGON, LLC,
an Oregon limited liability company,

        Plaintiff,

        v.

WAI LANA PRODUCTIONS, LLC,
a California limited liability company,

        Defendant.

_____

WAI LANA PRODUCTIONS, LLC,
a California limited liability company,

        Counterclaim/Interpleader-Plaintiff,

v.

GOLDEN TEMPLE OF OREGON, LLC,
an Oregon limited liability company,

        Counterclaim/Interpleader-Defendant,

_____

WAI LANA PRODUCTIONS, LLC,
a California limited liability company,

        Cross-Claim/Interpleader-Plaintiff,

v.

BIBIJI INDERJIT KAUR PURI, an
individual,

        Cross-Claim/Interpleader-Defendant,

_____

Case No. 3:09-CV-902-HZ

STIPULATION AND ORDER OF
DISMISSAL

BIBIJI INDERJIT KAUR PURI, an
individual,

   Counterclaim Plaintiff,

v.

WAI LANA PRODUCTIONS, LLC, a
California limited liability company,

   Counterclaim Defendant,

---

BIBIJI INDERJIT KAUR PURI, an
individual,

   Cross-Claim Plaintiff,

v.

GOLDEN TEMPLE OF OREGON, LLC, an
Oregon limited liability company,

   Cross-Claim Defendant.

---

Golden Temple of Oregon, LLC ("GTO") and Wai Lana Productions, LLC ("Wai Lana") having agreed to a settlement hereby stipulate through their respective undersigned counsel, this Honorable Court consenting, that the Complaint of GTO against Wai Lana and the Counterclaim/Interpleader of Wai Lana against GTO on file herein, are hereby dismissed with prejudice, each of Wai Lana and GTO to bear its own costs and attorneys fees in connection with the Complaint and Counterclaim/Interpleader.

///

///

This dismissal does not affect or dismiss the Cross-Claim/Interpleader of Wai Lana against Counterclaim Plaintiff and Cross-Claim Plaintiff Bibiji Inderjit Kaur Puri ("Bibiji")), the Counterclaim of Bibiji against Wai Lana or the Cross-Claim of Bibiji against GTO.

DATED: SEPTEMBER ⟍, 2011   STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: _____

Robert A. Shlachter, OSB No. 911718
Keil M. Mueller, OSB No. 085535
209 SW Oak Street, 5th Floor
Portland, OR 97204

-And-

Craig B. Bailey (pro hac vice)
James Juo (pro hac vice)
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, CA 90045

Attorneys for Wai Lana Productions, LLC

DATED: SEPTEMBER ⌐, 2011   LANE POWELL PC

By: _____

Kenneth R. Davis II, OSB No. 971132
Julianne R. Davis, OSB No. 842038
Parna A. Mehrbani, OSB No. 053235
Tiffany Scott, WSBA No. 41740
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158

Attorneys Golden Temple of Oregon, LLC

IT IS SO ORDERED.

Dated:  9/6/2011 _____   /s/ Marco A. Hernandez _____
                                   United States District Judge

471405.1