**Loren S. Scott**, OSB #024502
lscott@scott-law-group.com
THE SCOTT LAW GROUP
497 Oakway Rd., Suite 245
Eugene, OR 97401
(541) 868-8005 Telephone
(541) 868-8004 Fax

and

**Surjit P. Soni** (admitted *pro hac vice*)
surj@sonilaw.com
**M. Danton Richardson** (admitted *pro hac vice*)
danton@sonilaw.com
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone
(626) 683-1199 Fax

Attorneys for Cross Defendant/Cross and Counter Claimant, Bibiji Inderjit Kaur Puri

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Company, | Case No. 3:09-CV-902-HZ |
| Plaintiff, | **BIBIJI INDERJIT KAUR PURI'S MOTION FOR SUMMARY JUDGMENT AGAINST WAI LANA PRODUCTIONS, LLC** |
| v. | |
| WAI LANA PRODUCTIONS, LLC, a California limited liability company, | **ORAL ARGUMENT REQUESTED** |
| Defendant, | |
| AND RELATED CROSS ACTIONS | |

## RULE 7-1(a) CERTIFICATION OF COMPLIANCE

Pursuant to Local Rule 7-1(a), counsel for Cross Defendant/Cross and Counter Claimant, Bibiji Inderjit Kaur Puri ("Bibiji") hereby certifies that she conferred in good faith with counsel for defendant Wai Lana Productions, LLC ("Wai Lana") to resolve the issues raised in this Motion For Summary Judgment as to Wai Lana's Second Counterclaim for Cancellation and that the parties have been unable to reach an agreement.

## **MOTION**

Pursuant to Fed. R. Civ. P. 56, Bibiji moves this Court for Judgment in favor of Bibiji and against Wai Lana as to Wai Lana's Second Counterclaim for Cancellation of U.S. Trademark Registration Nos. 1,980,514; 3,435,101, and 3,607,292.

This Motion for Summary Judgment is made on the grounds that there are no triable issues of material fact and that Bibiji is entitled to judgment as a matter of law.

This Motion for Summary Judgment is supported by the Memorandum of Law and the Declaration of Surjit P. Soni submitted concurrently herewith.

DATED this 5th day of December, 2011.

   /s/ Surjit P. Soni
Surjit P. Soni, Calif. Bar #127419
surj@sonilaw.com
M. Danton Richardson, Calif. Bar #141709
danton@sonilaw.com
THE SONI LAW FIRM
Pasadena, California 91101
Telephone: (626) 683-7600
Facsimile: (626) 683-1199
Of Attorneys for Bibiji Inderjit Kaur Puri

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 35 North Lake Avenue, Suite 720, Pasadena, California 91101.

On December 5, 2011, I served the foregoing document described as **BIBIJI INDERJIT KAUR PURI'S MOTION FOR SUMMARY JUDGMENT AGAINST WAI LANA PRODUCTIONS, LLC** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Loren S. Scott, OSB #024502<br>lscott@scott-law-group.com<br>THE SCOTT LAW GROUP<br>497 Oakway Rd., Suite 245<br>Eugene, OR 97401 | Robert A. Shlachter, OSB No. 911718<br>rshlachter@stollberne.com<br>Keil M. Mueller, OSB No. 085535<br>kmueller@stollberne.com<br>STOLL STOLL BERNE LOKTING &<br>SCHLACHTER P.C.<br>209 SW Oak Street, Suite 500<br>Portland, OR 97214 |
| Kenneth R. Davis II, OSB No. 971132<br>davisk@lanepowell.com<br>Parna A. Mehrbani, OSB No. 053235<br>mehrbanip@lanepowell.com<br>LANE POWELL PC<br>601 SW Second Avenue, Suite 2100<br>Portland, Oregon 97204-3158<br>Telephone: 503.778.2100; Facsimile: 503.778.2200 | |
| Tiffany Scott (Admitted *pro hac vice*)<br>scottt@lanepowell.com<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | Craig B. Bailey (Admitted *pro hac vice*)<br>bailey@fulpat.com<br>James Juo (Admitted *pro hac vice*)<br>jjuo@fulpat.com<br>FULWIDER PATTON LLP<br>Howard Hughes Center<br>6060 Center Drive, Tenth Floor<br>Los Angeles, CA 90045 |

[ ]     (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]     (PERSONAL SERVICE) I personally served by hand the above referenced document on the addressees listed above.

[X ]    (VIA ELECTRONIC MAIL) I caused such document to be delivered to addressees listed above.

[ ]     (FACSIMILE) I caused the attached document to be transmitted to: the above addressees

I declare that I am a member of the bar of this Court.

Executed on December 5, 2011, at Pasadena, California.

                                                  /s/ Gayane Mkrttchian
                                                  Gayane Mkrttchian