**Robert A. Shlachter**, OSB No. 911718
rshlachter@stollberne.com
**Keil M. Mueller**, OSB No. 085535
kmueller@stollberne.com
**STOLL STOLL BERNE LOKTING & SCHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR  97214
Telephone: 503.227.1600; Facsimile: 503.227.6840

**Craig B. Bailey** (Admitted pro hac vice)
bailey@fulpat.com
**James Juo** (Admitted pro hac vice)
jjuo@fulpat.com
**FULWIDER PATTON LLP**
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, CA  90045
Telephone: 310.824.5555; Facsimile: 310.824.9696

        Attorneys for Defendant, Counterclaim/Interpleader-Plaintiff,
        Cross-Claim/Interpleader Plaintiff, and Counterclaim-Defendant
        Wai Lana Productions, LLC

**Loren S. Scott**, OSB No. 024502
lscott@scott-law-group.com
THE SCOTT LAW GROUP
497 Oakway Rd., Suite 245
Eugene, OR 97401
(541) 868-8005 Telephone
(541) 868-8004 Fax

**Surjit P. Soni** (Admitted *pro hac vice*)
surj@sonilaw.com
**M. Danton Richardson** (Admitted *pro hac vice*)
danton@sonilaw.com
**THE SONI LAW**
35 North Lake Ave., Suite 720
Pasadena, CA  91101
Telephone: 626.683.7600; Facsimile: 626.683.1199

        Attorneys for Cross-Claim/Interpleader Defendant, Counterclaim
        Plaintiff, and Cross-Claim Plaintiff Bibiji Inderjit Kaur Puri

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GOLDEN TEMPLE OF OREGON, LLC**, an Oregon limited liability company, | No. 09-CV-902-HZ |
| Plaintiff, | **STIPULATED PERMANENT INJUNCTION** |
| v. | |
| **WAI LANA PRODUCTIONS, LLC**, an California limited liability company, | |
| Defendant, | |
| **WAI LANA PRODUCTIONS, LLC**, a California limited liability company, | |
| Counterclaim/Interpleader-Plaintiff, | |
| v. | |
| **GOLDEN TEMPLE OF OREGON, LLC**, an Oregon limited liability company, | |
| Counterclaim/Interpleader-Defendant, | |
| **WAI LANA PRODUCTIONS, LLC**, a California limited liability company, | |
| Cross-Claim/Interpleader-Plaintiff, | |
| v. | |
| **BIBIJI INDERJIT KAUR PURI**, an individual, | |
| Cross-Claim/Interpleader-Defendant, | |

2

**BIBIJI INDERJIT KAUR PURI,** an individual,

        Counterclaim Plaintiff,

  v.

**WAI LANA PRODUCTIONS, LLC**, a California limited liability company,

        Counterclaim Defendant,

**BIBIJI INDERJIT KAUR PURI**, an individual,

        Cross-Claim Plaintiff,

  v.

**GOLDEN TEMPLE OF OREGON, LLC**, an Oregon limited liability company,

        Cross-Claim Defendant.

Pursuant to the Stipulation of Wai Lana Productions, LLC ("Wai Lana") and Bibiji Inderjit Kaur Puri ("Bibiji"), for entry of a Permanent Injunction, as evidenced by the signatures of their respective counsel set forth below,

IT IS HEREBY ORDERED that a permanent injunction is entered as follows:

Wai Lana, its directors and officers, agents, servants, employees and all other persons in active concert, privity or in participation them are hereby:

1) permanently enjoined from directly or indirectly infringing the YOGI trademark, unless otherwise authorized by Bibiji; and

2) ordered to turn over to Bibiji, within thirty (30) days of the entry of this order, all of its inventory of food or beverage products and packaging using any name including the word YOGI as a trademark for a food or beverage product, unless otherwise authorized by Bibiji, for disposition or destruction.

IT IS SO ORDERED.

Dated: 4/18/2012          By: /s/ Marco A. Hernandez
                              The Honorable Marco Hernandez
                              United States District Court Judge

APPROVED AS TO FORM AND SUBSTANCE:

DATED: April 6, 2012

THE SONI LAW FIRM

By: \s\ Surjit P. Soni
Surjit P. Soni (Admitted pro hac vice)
Telephone: 626.683.7600
Attorneys for Cross-Claim/Interpleader-Defendant,
Counterclaim Plaintiff, and Cross-Claim Plaintiff
Bibiji Inderjit Kaur Puri

FULWIDER PATTON LLP

By: /s/ James Juo
Craig B. Bailey (Admitted pro hac vice)
James Juo (Admitted pro hac vice)
Attorneys for Defendant, Counterclaim/Interpleader-Plaintiff,
Cross-Claim/Interpleader Plaintiff, and Counterclaim-Defendant
Wai Lana Productions, LLC