**Robert A. Shlachter**, OSB No. 911718
rshlachter@stollberne.com
**Keil M. Mueller**, OSB No. 085535
kmueller@stollberne.com
**STOLL STOLL BERNE LOKTING & SCHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, OR  97214
Telephone: 503.227.1600; Facsimile: 503.227.6840

**Craig B. Bailey** (Admitted pro hac vice)
bailey@fulpat.com
**James Juo** (Admitted pro hac vice)
jjuo@fulpat.com
**FULWIDER PATTON LLP**
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, CA  90045
Telephone: 310.824.5555; Facsimile: 310.824.9696

       Attorneys for Defendant, Counterclaim/Interpleader-Plaintiff,
       Cross-Claim/Interpleader Plaintiff, and Counterclaim-Defendant
       Wai Lana Productions, LLC

**Loren S. Scott**, OSB No. 024502
lscott@scott-law-group.com
**THE SCOTT LAW GROUP**
497 Oakway Rd., Suite 245
Eugene, OR 97401
(541) 868-8005 Telephone
(541) 868-8004 Fax

**Surjit P. Soni** (Admitted *pro hac vice*)
surj@sonilaw.com
**M. Danton Richardson (**Admitted *pro hac vice*)
danton@sonilaw.com
**THE SONI LAW**
35 North Lake Ave., Suite 720
Pasadena, CA  91101
Telephone: 626.683.7600; Facsimile: 626.683.1199

       Attorneys for Cross-Claim/Interpleader Defendant, Counterclaim
       Plaintiff, and Cross-Claim Plaintiff Bibiji Inderjit Kaur Puri

PAGE 1 -   STIPULATED DISMISSAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GOLDEN TEMPLE OF OREGON, LLC**, an Oregon limited liability company,<br><br>       Plaintiff,<br><br>  v.<br><br>**WAI LANA PRODUCTIONS, LLC**, an California limited liability company,<br><br>       Defendant, | No. 09-CV-902-HZ<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**WAI LANA PRODUCTIONS, LLC**,
a California limited liability company,

  Counterclaim/Interpleader-Plaintiff,

  v.

**GOLDEN TEMPLE OF OREGON, LLC**,
an Oregon limited liability company,

  Counterclaim/Interpleader-Defendant,

**WAI LANA PRODUCTIONS, LLC**,
a California limited liability company,

  Cross-Claim/Interpleader-Plaintiff,

  v.

**BIBIJI INDERJIT KAUR PURI**, an individual,

  Cross-Claim/Interpleader-Defendant,

PAGE 2 - STIPULATED DISMISSAL

**BIBIJI INDERJIT KAUR PURI,** an individual,

        Counterclaim Plaintiff,

   v.

**WAI LANA PRODUCTIONS, LLC**, a California limited liability company,

        Counterclaim Defendant,

**BIBIJI INDERJIT KAUR PURI**, an individual,

        Cross-Claim Plaintiff,

   v.

**GOLDEN TEMPLE OF OREGON, LLC**, an Oregon limited liability company,

        Cross-Claim Defendant.

PAGE 3 -   STIPULATED DISMISSAL

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that with the exception of the Stipulated Permanent Injunction to be entered in this matter, Defendant, Counterclaim/Interpleader-Plaintiff, Cross-Claim/Interpleader Plaintiff, and Counterclaim-Defendant Wai Lana Productions, LLC ("Wai Lana"), and Cross-Claim/Interpleader Defendant, Counterclaim Plaintiff, and Cross-Claim Plaintiff Bibiji Inderjit Kaur Puri ("Bibiji"), hereby voluntarily dismiss each and all of their respective claims for relief against each other in the above-entitled action with prejudice, with each of Wai Lana and Bibiji to bear its own costs and attorneys fees in connection with the Complaint and Counterclaim/Interpleader.

SO STIPULATED:

DATED: April 25, 2012          THE SONI LAW FIRM

                                          By:   \s\ Surjit P. Soni
                                              Surjit P. Soni (Admitted pro hac vice)
                                              Telephone: 626.683.7600
                                        Attorneys for Cross-Claim/Interpleader-Defendant,
                                        Counterclaim Plaintiff, and Cross-Claim Plaintiff
                                        Bibiji Inderjit Kaur Puri

DATED: April 25, 2012          STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

                                        By:   \s\ James Juo
                                        **Robert A. Shlachter**, OSB No. 911718
                                        **Keil M. Mueller**, OSB No. 085535
                                        209 SW Oak Street, 5th Floor
                                        Portland, OR 97204

                                        -And-

                                        **Craig B. Bailey** (*pro hac vice*)
                                        **James Juo** (*pro hac vice*)
                                        FULWIDER PATTON LLP
                                        Howard Hughes Center
                                        6060 Center Drive, Tenth Floor
                                        Los Angeles, CA 90045

                                        Attorneys for Wai Lana Productions, LLC

IT IS SO ORDERED this 2nd day of May, 2012.

PAGE 4 -  STIPULATED DISMISSAL          /s/ Marco A. Hernandez
                                                        Marco A. Hernandez
                                                        United States District Judge